EDWIN PRATHER, SBN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
LETICIA ALGERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETICIA ALGERE, *et al.,*<br><br>Defendant. | Case No.: 3:21-MJ-71206<br><br>**STIPULATION AND [PROPOSED] ORDER RE RECALL OF BENCH WARRANT AND SETTING OF STATUS CONFERENCE** |

On November 3, 2021, this Court issued a bench warrant for Defendant Leticia Algere for a failure to appear at a status conference. The parties have learned that Ms. Algere was in custody on November 3, 2021, at Santa Rita Jail, and was in the process of being transferred to Marin County on a separate matter. The parties also understand that Ms. Algere has the opportunity to be released from Marin County Jail directly to a residential treatment program operated by Center Point, Inc., in Marin County.

Based on this Court's prior release of Ms. Algere, the fact that Ms. Algere was in custody and not brought to Court on November 3, 2021, and to allow Ms. Algere to participate in the treatment opportunities offered by residential treatment, the November 3, 2021 bench warrant is hereby recalled.

The Court concurs with Ms. Algere's participation in residential treatment. The Court directs Ms. Algere, through counsel, to contact U.S. Pretrial Services upon her release from custody and enrollment in the residential treatment program. Participation in a residential treatment program is a condition of Ms. Algere's continued release.

Ms. Algere shall appear, via Zoom video conference, before this Court on January 13, 2022, at 11:00 a.m., for a status conference. If Ms. Algere cannot appear via Zoom on January 13, 2022, defense counsel shall notify the government and the Court of Ms. Algere's status and a new date will be selected.

IT IS SO ORDERED.

Dated: January 6, 2022

HON. JACQUELINE S. CORLEY
U.S. MAGISTRATE JUDGE

Agreed to form:

STEPHANIE HINDS
United States Attorney

_____/s/_____
JOSEPH TARTAKOVSKY
Assistant United States Attorney

_____/s/_____
EDWIN PRATHER
Attorney for Defendant
LETICIA ALGERE